JOHN W. HILL, plaintiff in error, *vs.* JOHN C. REEVES, defendant in error.

Except in cases of special liens for rent, on crops made on the land rented, a landlord may distrain for rent without a previous demand and refusal to pay, and without the allegation thereof in his affidavit.

Hines *et al. vs.* Munnerlyn *et al.*

Liens. Landlord and tenant. Distress warrant. Before Judge KNIGHT. Cobb Superior Court. November Term, 1875.

Reported in the opinion.

GEORGE N. LESTER; GARTRELL & DUNWOODY, for plaintiff in error.

W. T. & W. J. WINN, for defendant.

JACKSON, Judge.

Hill sued out a distress warrant, founded on no special lien, as landlord, upon the crop of defendant, but merely to enforce a general lien, to date from when the levy was made and entered, under section 4082 of the Code. The court dismissed the warrant because no demand or refusal to pay was made and avowed in the affidavit. None was necessary to enforce a general lien, as we decided in *Buffington vs. Hilley*, 55 *Georgia Reports*, 655. That case controls this.

Judgment reversed.